**SEALED**

1  BENJAMIN B. WAGNER
   United States Attorney
2  JASON HITT
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7



FILED

APR 0 1 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 IN THE MATTER OF THE SEARCH OF          CASE NO. 2:15-SW-0117 EFB

12 259 Carlisle Way, Benicia, California; One red
   1991 Ford Mustang, California License          [PROPOSED] ORDER RE: REQUEST TO SEAL
13 #5MOD6331999, registered to MOSHER; The        DOCUMENTS
   person of Phylliss MOSHER; The person of
14 Donnie Jo PHILLIPS; The person of Gordon       **UNDER SEAL**
   Owen MILLER; Cellular telephone (707) 816-
15 6770 used by MOSHER, and any cellular
   telephone located on MOSHER's person or
16 under her control; Cellular telephones (510) 334-
   6210 and (510) 860-3790, and any cellular
17 telephone located on PHILLIPS's person or
   under his control at the time of his arrest;
18 and Cellular telephone (415) 424-6659 used by
   MILLER, or any cellular telephone located on
19 MILLER's person or under his control at the
   time of his arrest.

20

21                        **SEALING ORDER**

22      Upon application of the United States of America and good cause having been shown,

23      IT IS HEREBY ORDERED that the Affidavit in Support of Application For A Search Warrants,

24 Search Warrants, and this Court's Order in the above-entitled proceeding shall be filed under seal and

25 ////

26 ///

27 ///

28 ///

SEALING ORDER                                  1

1  shall not be disclosed to any person, unless otherwise ordered by this Court.

3  Dated: 3-31-15

Hon. Edmund F. Brennan
U.S. MAGISTRATE JUDGE