PHILLIP A. TALBERT
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: 259 Carlisle Way, Benicia, California; One red 1991 Ford Mustang, California License #5MOD6331999, registered to MOSHER; The person of Phylliss MOSHER; The person of Donnie Jo PHILLIPS; The person of Gordon Owen MILLER; Cellular telephone (707) 816-6770 used by MOSHER, and any cellular telephone located on MOSHER's person or under her control; Cellular telephones (510) 334-6210 and (510) 860-3790, and any cellular telephone located on PHILLIPS's person or under his control at the time of his arrest; and Cellular telephone (415) 424-6659 used by MILLER, or any cellular telephone located on MILLER's person or under his control at the time of his arrest. | 2:15-SW-0117 EFB<br><br>[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVIT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: March 15, 2017

The Honorable DEBORAH L. BARNES
UNITED STATES MAGISTRATE JUDGE